IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA WHITFIELD, on behalf of
L.V., a minor                                                                                        PLAINTIFF

v.                              CASE NO. 3:13CV00002 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 2nd day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE